IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

DORIS M. RANDLEMAN

       Plaintiff,      :      Case No. 3:11-cv-376

  -vs-

                                 Judge Timothy S. Black
                                 Magistrate Judge Michael J. Newman

SECRETARY, DEPARTMENT
   OF VETERANS AFFAIRS,

       Defendant.      :

---

**ORDER WITHDRAWING REPORT AND RECOMMENDATION (DOC. 8)**

---

Recognizing that the *Pro Se* plaintiff has voluntarily dismissed her complaint (Doc 9), the Report & Recommendation (Doc. 8) is withdrawn.

**IT IS SO ORDERED.**


January 4, 2012                                         s/ **Michael J. Newman**
                                                         United States Magistrate Judge