UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| DORIS M. RANDLEMAN, | : | Case No. 3:11-cv-376 |
| | : | |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| | : | |
| ERIC K. SHINESKI, Secretary, | : | |
| Department of Veterans Affairs, | : | |
| | : | |
| Defendant. | : | |

**ORDER OF DISMISSAL**

This case is before the Court on Plaintiff's Motion to Dismiss this case without prejudice. (Doc. 9). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), a plaintiff "may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment[.]" Here, Defendant has neither answered nor moved for summary judgment. Accordingly, the Court construes Plaintiff's Motion as a notice of dismissal without prejudice.

Accordingly, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall terminate Plaintiff's Motion (Doc. 9) and close this case on the Court's docket.

**IT IS SO ORDERED.**


Date:   January 6, 2012              s/ Timothy S. Black
                                     Timothy S. Black
                                     United States District Judge